UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON R. CAKNIPE, an individual, formerly
SHANNON R. RUTAN,

    Plaintiff,

Case No. 5:19-cv-10797

-vs-

HON: JUDITH E. LEVY

COUNTY OF JACKSON, a municipal entity and
JASON HAMMAN, individually and in his official
Capacity,

    Defendants, Jointly and Severally.
_____/

| | |
|---|---|
| TISHKOFF PLC | ROSATI SCHULTZ JOPPICH |
| WILLIAM G. TISHKOFF (P45165) | & AMTSBUECHLER, PC |
| CHRISTOPHER M. VUKELICH (P76420) | LAURA S. AMTSBUECHLER (P36972) |
| Attorneys for Plaintiff | LAURA BAILEY BROWN (P79742) |
| 407 North Main Street | MELANIE M. HESANO (P82519) |
| Ann Arbor, MI 48104 | Attorneys for Defendants |
| (734) 663-4077 | 27555 Executive Drive, Suite 250 |
| will@tish.law | Farmington Hills, MI 48331 |
| chris@tish.law | (248) 489-4100 |
| | lamtsbuechler@rsjalaw.com |
| | lbrown@rsjalaw.com |
| | mhesano@rsjalaw.com |

_____/

## **STIPULATED ORDER OF DISMISSAL**

    This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed in its entirety against Defendants County of Jackson and Jason Hamman in both his individual and official capacity, with prejudice and without costs, interest, or attorney fees as to any party. This is a final Order of the Court which resolves all pending claims and closes the file.

Date: January 30, 2020              s/Judith E. Levy
                                    United States District Judge


Stipulated and Agreed to by:

/s/William G. Tiskhoff (w/consent)
WILLIAM G. TISHKOFF (P45165)
Attorney for Plaintiff


/s/Laura S. Amtsbuechler
LAURA S. AMTSBUECHLER (P36972)
Attorney for Defendants